Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Criminal Case No.: 18-CR-260 |
| ) | |
| W. SAMUEL PATTEN ) | |
| ) | |

**FILED**
**AUG 3 1 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### WAIVER OF INDICTMENT

I, _____W. SAMUEL PATTEN_____, the above-named defendant, who is accused of

22:612 and 618(a)(1);  Foreign Agents Registration Act.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____August 31, 2018_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____  Date: _____August 31, 2018_____
Amy Berman Jackson
United States District Judge

WSP
8-31-18