CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )  Criminal Case No.: 18-CR-260
)
)
W. SAMUEL PATTEN )
)
)

**WAIVER OF TRIAL BY JURY**

FILED
AUG 3 1 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
Amy Berman Jackson
United States District Judge

Date: August 31, 2018

WSP
8-31-18