UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.            )<br>)   Case No. 1:18-CR-00260-ABJ<br>W. SAMUEL PATTEN,        )<br>)<br>    Defendant.    )<br>)  | |

## DEFENDANT'S UNOPPOSED MOTION
## TO MODIFY CONDITIONS OF RELEASE TEMPORARILY

Defendant W. Samuel Patten, through undersigned counsel, hereby respectfully submits this Unopposed Motion to Modify Conditions of Release Temporarily to permit him to travel as specified in Exhibit 1 (attached to Sealed Motion for Leave to File Document Under Seal).  The government does not oppose Mr. Patten's request.

WHEREFORE based on the foregoing reasons and those that appear in Exhibit 1, Mr. Patten respectfully requests that this Honorable Court grant his motion.  A proposed Order is attached.

Dated:   October 9, 2018                                            Respectfully submitted,

                                                                    W. SAMUEL PATTEN
                                                                    By Counsel

                                                                    /s/ Stuart A. Sears
                                                                    Stuart A. Sears
                                                                         *Counsel for W. Samuel Patten*
                                                                    SCHERTLER & ONORATO, LLP
                                                                    901 New York Ave., NW
                                                                    Suite 500 West
                                                                    Washington, D.C. 20001
                                                                    Ph: 202-628-4199
                                                                    Fax: 202-628-4177
                                                                    ssears@schertlerlaw.com

1