UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:18-CR-00260-ABJ |
| W. SAMUEL PATTEN, ) | |
| ) | |
| Defendant. ) | *FILED UNDER SEAL* |
| ) | |

### DEFENDANT W. SAMUEL PATTEN'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 TO HIS MOTION TO MODIFY CONDITIONS OF RELEASE TEMPORARILY

Defendant W. Samuel Patten, through undersigned counsel, hereby moves this Honorable Court for leave to file under seal Exhibit 1 to his Motion to Modify Conditions of Release Temporarily.[1]  Despite the general policy that public access to judicial proceedings and records is important to the proper functioning of our justice system, there are compelling reasons and good cause in this instance why Exhibit 1 should not be publicly disclosed.  Exhibit 1 includes details about a trip Mr. Patten wishes to take and should be filed under seal in order to protect Mr. Patten and his family from unwarranted media attention or risks.  As the Court is aware, Mr. Patten's case has garnered significant publicity and media coverage. A proposed under seal order is attached.

---

[1] In order to comply with this Court's procedures for a filing of this nature, undersigned counsel has modeled this request after similar motions that have previously been filed and granted on behalf of the defendant in *United States v. Richard W. Gates, III*, Case No. 1:17-CR00201-ABJ (*e.g.*, Dkts. 219, 267, 297 and 331).

1

Dated:   October 9, 2018                              Respectfully submitted,


                                                     W. SAMUEL PATTEN
                                                     By Counsel


                                                     /s/ Stuart A. Sears
                                                     Stuart A. Sears
                                                            *Counsel for W. Samuel Patten*
                                                     SCHERTLER & ONORATO, LLP
                                                     901 New York Ave., NW
                                                     Suite 500 West
                                                     Washington, D.C. 20001
                                                     Ph: 202-628-4199
                                                     Fax: 202-628-4177
                                                     ssears@schertlerlaw.com

## **CERTIFICATE OF SERVICE**

I certify on the date set forth above, that a true and correct copy of the foregoing Motion for Leave to File Under Seal Exhibit 1 to Defendant's Unopposed Motion to Modify Conditions of Release Temporarily was transmitted by e-mail to the following:

>Michael C. DiLorenzo
>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
>555 Fourth Street, NW
>Washington, DC 20530
>(202) 252-7809
>Email: michael.dilorenzo@usdoj.gov

>/s/ Stuart A. Sears
>Stuart A. Sears
>    *Counsel for W. Samuel Patten*
>SCHERTLER & ONORATO, LLP
>901 New York Ave., NW
>Suite 500 West
>Washington, D.C. 20001
>Ph: 202-628-4199
>Fax: 202-628-4177
>ssears@schertlerlaw.com