**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:18-CR-00260-ABJ |
| **W. SAMUEL PATTEN,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**TO MODIFY CONDITIONS OF RELEASE TEMPORARILY**

Defendant W. Samuel Patten, through undersigned counsel, hereby respectfully submits this Unopposed Motion to Modify Conditions of Release Temporarily to permit him to travel to Maine in order to visit and attend to his mother who recently suffered a life-threatening medical emergency. As of this filing, Mr. Patten has not finalized any travel plans, but he seeks this Court's advance approval for any travel associated with his mother's care, with the understanding that the travel request will need to be approved by Pretrial Services. The Court's general approval of the requested travel will allow Mr. Patten to travel more quickly once his plans are solidified (which could include travel as soon as this evening if possible). Counsel for the government has graciously confirmed that the United States does not opposed Mr. Patten's request.

WHEREFORE based on the foregoing reasons and others that may appear to the Court, Mr. Patten respectfully requests that this Honorable Court grant his motion. A proposed Order is attached.

Dated:   November 15, 2018        Respectfully submitted,

                                  W. SAMUEL PATTEN
                                  By Counsel

                                  /s/ Stuart A. Sears
                                  Stuart A. Sears
                                       *Counsel for W. Samuel Patten*
                                  SCHERTLER & ONORATO, LLP
                                  901 New York Ave., NW
                                  Suite 500 West
                                  Washington, D.C. 20001
                                  Ph: 202-628-4199
                                  Fax: 202-628-4177
                                  ssears@schertlerlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Case No. 1:18-CR-00260-ABJ |
| **W. SAMUEL PATTEN,** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

Upon Consideration of defendant W. Samuel Patten's Unopposed Motion to Modify Conditions of Release Temporarily [Dkt. #14], the motion is GRANTED.

Defendant may travel to Maine as needed to respond to his mother's medical emergency. He shall provide Pretrial Services with all requested information regarding his travel plans, including any hotel reservations and additional contact information prior to his departure. Defendant may not travel to any locations aside from that set out above and must contact Pretrial Services by telephone upon his return.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

Date: November 15, 2018