# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 18-260 (ABJ)** |
| | : | |
| **W. SAMUEL PATTEN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of filing. On December 31, 2018 the government filed a Joint Status Report Under Seal in the above-captioned case.

    Respectfully submitted,

    JESSIE K. LIU
    United States Attorney
    D.C. Bar No. 472-845

By:      /s/
    Michael C. DiLorenzo
    Assistant United States Attorney
    MD Bar No. 9312140189
    555 4th Street, N.W.
    Washington, D.C. 20530
    202-252-1791
    michael.dilorenzo@usdoj.gov