# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  :  :  **v.**  :  :  **W. SAMUEL PATTEN,**  :  :  **Defendant.**  :  | **CRIMINAL NO. 18-260 (ABJ)** |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of filing of the government's Motion for Leave to File the Joint Status Report dated February 11, 2019 Under Seal and the Joint Status Report in the above-captioned case.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472-845

By: _____/s/_____
Michael C. DiLorenzo
Assistant United States Attorney
MD Bar No. 9312140189
555 4th Street, N.W.
Washington, D.C. 20530
202-252-1791
michael.dilorenzo@usdoj.gov