## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br><br> v. )<br><br> **W. SAMUEL PATTEN,** )<br><br> **Defendant.** ) | **Case No. 1:18-CR-00260-ABJ** |

## DEFENDANT'S UNOPPOSED MOTION
## TO MODIFY CONDITIONS OF RELEASE TEMPORARILY

Defendant W. Samuel Patten, through undersigned counsel, hereby respectfully submits this Unopposed Motion to Modify Conditions of Release Temporarily to permit him to travel as specified in Exhibit 1 (attached to Sealed Motion for Leave to File Document Under Seal). The government does not oppose Mr. Patten's request.

WHEREFORE based on the foregoing reasons and those that appear in Exhibit 1, Mr. Patten respectfully requests that this Honorable Court grant his motion. A proposed Order is attached.

Dated:   February 13, 2019

Respectfully submitted,

W. SAMUEL PATTEN
By Counsel

/s/ Stuart A. Sears
Stuart A. Sears
 *Counsel for W. Samuel Patten*
SCHERTLER & ONORATO, LLP
901 New York Ave., NW
Suite 500 West
Washington, D.C. 20001
Ph: 202-628-4199
Fax: 202-628-4177
ssears@schertlerlaw.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 1:18-CR-00260-ABJ** |
| **W. SAMUEL PATTEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Before the Court is Defendant W. Samuel Patten's Unopposed Motion to Modify Conditions of Release Temporarily. Upon consideration of defendant's motion, and for good cause having been shown, it is hereby

ORDERED that defendant's Motion to Modify Conditions of Release Temporarily is GRANTED in accordance with the sealed Order.

_____
AMY BERMAN JACKSON
United States District Judge

Date: _____