# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>W. SAMUEL PATTEN,<br><br>Defendant. | CRIMINAL NO. 18-CR-00260 (ABJ) |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Fernando Campoamor-Sánchez is entering his appearance in this matter on behalf of the United States.

        Respectfully submitted,

        JESSIE K. LIU
        United States Attorney
        D.C. Bar No. 472845

By:       /s/
        FERNANDO CAMPOAMOR-SÁNCHEZ
        Assistant United States Attorney
        D.C. Bar No. 451210
        United States Attorney's Office
        555 4th Street NW, 11th Floor
        Washington, D.C. 20530
        Telephone: 202-252-7690
        Fernando.Campoamor-Sanchez@usdoj.gov