UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | ) <br> ) Case No. 1:18-CR-00260-ABJ |
| W. SAMUEL PATTEN, | ) <br> ) |
| Defendant. | ) <br> ) |

## DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

W. Samuel Patten, by and through undersigned counsel, respectfully requests that this Honorable Court terminate his remaining term of probation pursuant to 18 U.S.C. § 3654(c)[1] and Rule 32.1(c) of the Federal Rules of Criminal Procedure. In support of his request, Mr. Patten provides the following:

1. Mr. Patten pled guilty on August 31, 2018, to a one count information charging him with violating the Foreign Agents Registration Act (22 U.S.C. §§ 612, 618(a)(1)).

2. On April 12, 2019, this Honorable Court sentenced Mr. Patten to serve a three-year term of probation which included special conditions that required him to "perform 500 hours of

---

[1] Section 3654(c) provides:

> Early Termination.— The court, after considering the factors set forth in section 3553 (a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, *terminate a term of probation* previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or *at any time after the expiration of one year of probation in the case of a felony*, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

(Emphasis added).

hands-on community service over the course his thirty-six (36) month term of probation," participate in alcohol and substance abuse treatment and testing, and continue his mental health treatment. *See* ECF Doc. 47 at 4 (Judgment in a Criminal Case). The Court also imposed a fine of $5,000 and a special assessment of $100. *See id*. at 5.

3. As of this filing, Mr. Patten has completed just over one year of the imposed three-year term of probation. During that time, Mr. Patten has completed all 500 hours of community service, has paid the imposed fine and special assessment, and has completed alcohol and substance abuse testing while continuing to receive mental health treatment.

4. Because Mr. Patten has completed all of the terms imposed as part of his probationary sentence, because he has continued to prove that he is a law-abiding citizen who has been on supervision (pretrial and probation) since August of 2018 without any incident or allegations of violating any terms of his supervision, and because his ability to earn a living suffers every additional day that he remains on probation,[2] Mr. Patten respectfully asks this Court to terminate his period of probation early.

5. Put simply, Mr. Patten has demonstrated through his conduct that he is not in need of further supervision and we submit that, particularly in light of the strains posed by the COVID-19 pandemic across the criminal justice system, the interests of justice are better served by the termination of the remaining period of probation.

6. Undersigned counsel has conferred with counsel for the United States who has indicated that the government is still considering its position on Mr. Patten's motion.

---

[2] Mr. Patten has had to decline several substantial business opportunities over the past year and a half due to his inability to travel at a time when his family would benefit greatly from his ability to generate an income.

7. Based on the foregoing, as well as Mr. Patten's exemplary personal history and characteristics and lack of any prior criminal history, which were detailed in his sentencing memorandum and at his sentencing hearing, Mr. Patten respectfully requests that this Honorable Court terminate his previously imposed period of probation.

WHEREFORE, based on the considerations set forth above, we respectfully request that the Court terminate the remaining term of Mr. Patten's probation.

Dated:  May 4, 2020                                      Respectfully submitted,

                                                        W. SAMUEL PATTEN
                                                        By Counsel


                                                        /s/ Stuart A. Sears
                                                        Stuart A. Sears
                                                            *Counsel for W. Samuel Patten*
                                                        SCHERTLER & ONORATO, LLP
                                                        901 New York Ave., NW
                                                        Suite 500 West
                                                        Washington, D.C. 20001
                                                        Ph: 202-628-4199
                                                        Fax: 202-628-4177
                                                        ssears@schertlerlaw.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
|  | ) |
| v. | ) |
|  | ) Case No. 1:18-CR-00260-ABJ |
| **W. SAMUEL PATTEN,** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

## ORDER TERMINATING PROBATION

Upon consideration of Defendant W. Samuel Patten's Motion for Early Termination of Probation,

And for good cause having been shown,

it is hereby ORDERED that the Defendant's motion is GRANTED in the interests of justice and that W. Samuel Patten's term of Probation is terminated as of the date of this Order.

So ORDERED this _____ day of _____, 2020.

_____
AMY BERMAN JACKSON
United States District Judge

Date: _____