# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.: 1:18-cr-00280 (ABJ) |
| **v.** : | |
| : | |
| **W. SAMUEL PATTEN** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that the undersigned, Assistant United States Attorney Thomas A. Gillice, is entering his appearance in this matter as counsel for the United States of America.

          Respectfully submitted,

          TIMOTHY J. SHEA
          United States Attorney
          DC Bar No. 437437

Date: May 4, 2020        By:    /s/
          Thomas A. Gillice
          Assistant United States Attorney
          D.C. Bar No. 452336
          National Security Section
          United States Attorney's Office
          555 4th Street NW, 11th Floor
          Washington, D.C. 20530
          (202) 252-1791
          thomas.gillice@usdoj.gov