UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. Action No. 18-0260 (ABJ) |
| W. SAMUEL PATTEN, | ) |
| Defendant. | ) |

## ORDER

On May 6, 2019, after pleading to one count of violating the Foreign Agents Registration Act, defendant W. Samuel Patten was placed on probation/supervised release for a period of three years. *See* Judgment [Dkt. # 47]. Defendant has filed a Motion for Early Termination of Probation [Dkt. # 49], and the government does not oppose his request. Gov't Response to Mot. for Early Termination of Probation [Dkt. # 51]. In consideration of defendant's motion and the government's response, defendant's compliance with his conditions of release to date, and in the interests of justice, it is ORDERED that defendant's motion is GRANTED. Defendant is hereby discharged from probation/supervision, and the proceedings in this case shall be terminated.

SO ORDERED.

AMY BERMAN JACKSON
United States District Judge

DATE: May 19, 2020